FILED 14 OCT '25 15:07 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_Eugene_ DIVISION

Justen Keelee Wade
*(Enter full name of plaintiff)*

Plaintiff,

v.

Lane County Sheriff Office
(Jail), Lane County
Kitchen Staff, Lane County Medical/Dentist
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:25-CV-01885-MTK
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes   ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**
Name: Justen Keelee Wade
Street Address: 101 West 5th Ave
City, State & Zip Code: Eugene, OR. 97401
Telephone No.: 541 728 4336

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**     Name: *Lane County Jail Kitchen*

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 2**     Name: *Lane County Sheriff Office*

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**     Name: *Lane County Jail (Medical/Dental)*

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**     Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Cruel & unusual punishment Denied medical treatment, even though it was a dental emergency

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On 7/18/25 I was in 3 south B19 eating lunch I took a bite of carrots, felt a sharp pain on the back right side of mouth and taste blood, spit carrots out a piece of wood/bark chip and part of my tooth came out, felt back of mouth with tongue there was a woodchip still lodged in gum, requested from co on duty to call dental was told no, "dental not here" then requested to see medical, was told medical was informed, I would be seen when "they" were ready, waited over 10-15 minutes in cell until medical could see me, medical pulled a chunk of bark out of my gums, it broke tooth off under my gum line, ~~dorts~~

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Was seen by dentist almost a month later, they took X-ray and had to dig rest of tooth out

Still got hole in gums over 2 months later.

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

**(If you have additional claims, describe them on another piece of paper, using the same outline.)**

Complaint for Violation of Civil Rights (Prisoner Complaint)    4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes   ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like the Lane County Sheirff office, the deputies involved, the Kitchen staff and medical/Dental team be held accountable,--

I would like to ask the courts for monetary compensation, for my loss of tooth, my pain and suffering, and the cruel and unusual punishment for the delay of being seen by medical and dental in the amount of $1,000,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of October, 2025.

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)   5
[Rev. 01/2018]